MICHAEL P. KOSOLAPOV, Respondent, Appellant, v. MICHAEL O. NASSATISIN, etc., Appellant, Respondent.— Order granting plaintiff's motion to open default modified by requiring plaintiff to pay to defendant, or to his attorney, the sum of one thousand dollars within twenty days from the entry of the order herein; in which event the order, as modified, is affirmed, without costs; otherwise, order reversed upon the law and the facts, with ten dollars costs and disbursements, and plaintiff's motion to open default denied, with ten dollars costs. In light of this disposition of defendant's appeal, plaintiff's appeal is dismissed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

WILLIAM P. LANGEVIN, Appellant, v. NEW YORK SANITARY UTILIZATION COMPANY and Others, Respondents.— Order granting motion to strike out certain portions of complaint reversed upon the law, without costs, and motion denied, without costs. While the complaint is unnecessarily verbose, it cannot be said that the matters complained of are so plainly irrelevant that they should be stricken out. The question as to their relevancy should be left to await the trial. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

ELLA A. LE FRANCOIS, Respondent, v. BROOKLYN CITY RAILROAD COMPANY, Appellant.— Judgment reversed upon the law and the facts and new trial granted, costs to appellant to abide the event, unless, within ten days from the entry of the order herein, respondent stipulate to reduce the recovery of damages to the sum of $5,000; in which event the judgment, as modified, is affirmed, without costs. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

MARTIN LORBER, an Infant, etc., by His Guardian ad Litem, SAM LORBER, Appellant, v. ELLY TARLOFSKY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

SAM LORBER, Appellant, v. ELLY TARLOFSKY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

SAMUEL MATTIKOW, Appellant, v. EPHRAIM SUDARSKY and Others, as Executors, etc., of ELEAZER CEDAR, Deceased, Respondents.— Order granting motion to cancel *lis pendens* affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

SAMUEL MATTIKOW, Appellant, v. EPHRAIM SUDARSKY and Others, as Executors, etc., of ELEAZER CEDAR, Deceased, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

EVA MORELL, Respondent, v. SAM SELDIN and SAMUEL H. SELDIN, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

JAMES H. MURNAN, Appellant, v. WABASH RAILWAY COMPANY, Respondent.— On reargument, order vacating service of summons and complaint, and dismissing action reversed upon the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The plaintiff being a resident of Connecticut and in impoverished circumstances, the defendant a corporation organized under the laws of Indiana, the accident having occurred in Michigan, the defendant doing business in the State of New York and having been served there, are special